IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| NICOLE SIMONS, | § § § § | |
| *Plaintiff*, | § § § | NO.  1:26-CV-00137-MJT-ZJH |
| v. | § § | JUDGE MICHAEL TRUNCALE |
| SHANTONU BASU, ENEDINA PILAR SANCHEZ, KEVIN MCCLANAHAN, LOGAN SCHIFF, | § § § § | |
| *Defendants*. | § § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On April 14, 2026, the Court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge for pretrial management.  On April 15, 2026, Judge Hawthorn ordered *pro se* Plaintiff Nicole Simons ("Simons") to file an amended complaint that complies with the Federal Rules of Civil Procedure and the Eastern District of Texas Local Rules.  Dkt. 4.  After Simons failed to comply with the *Order* [Dkt. 4], Judge Hawthorn issued a *Report and Recommendation* [Dkt. 5], which recommended dismissing Simons's case for want of prosecution.

The court reviewed Judge Hawthorn's *Report and Recommendation* [Dkt. 5] along with the record, pleadings, and all available evidence.  The court affirms Judge Hawthorn's findings of fact and conclusions of law are correct.  The parties have not filed objections to the *Report and Recommendation* [Dkt. 5], and the time for doing so has passed.  *See* 28 U.S.C. § 636(b)(1)(C).

It is therefore ORDERED that Judge Hawthorn's *Report and Recommendation* [Dkt. 5] dismissing this case without prejudice for want of prosecution is ADOPTED.  The court will separately enter Final Judgment.

**SIGNED this 15th day of May, 2026.**


_____
Michael J. Truncale
United States District Judge

2